USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 18, 2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------)(
HARRY VASQUEZ,

Plaintiff,

-against-                                                Case No.: 15-cv-04305

NEW YORK HEATING CORP.,

Defendant
-----------------------------------------------------------)(

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE
### PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties, that the above-captioned action is voluntarily dismissed and discontinued in its entirety, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. A copy of the signatures on this Stipulation serve the same purposes as an original signature.

GREGORY ANTOLLINO

_____
Attorney for Plaintiff
275 Seventh Avenue, Suite 705
New York, NY 10001
(212) 334-7397

Dated: 7/13/17

CAPELL BARNETT MATALON & SCHOENFELD LLP

_____
Attorneys for Defendant
Joseph Milano
225 West 35th Street, 16th Floor
New York, NY 10001
(212) 661-1144

Dated: July 17, 2017

SO ORDERED.

Dated:   July 18, 2017
         New York, New York

_____
HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE